Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

SEP 27 2018

U.S.A. vs. Maria A. Hryhorenko          Docket No. 2:18mj133

### Petition on Probation

COMES NOW Eddie Lawrence, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Maria A. Hryhorenko, who was placed on supervision by the Honorable Robert J. Krask, United States Magistrate Judge sitting in the Court at Norfolk, Virginia, on the 17th day of April, 2018, who fixed the period of supervision at TWELVE (12) MONTHS, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 27th day of Sept., 20 18 and ordered filed and made a part of the records in the above case.

_____
Robert J. Krask
United States Magistrate Judge

Robert J. Krask
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

_____
Eddie Lawrence
U.S. Probation Officer

Place Norfolk, Virginia

**TO CLERK'S OFFICE**

Robert J. Krask
United States Magistrate Judge

**Petition on Probation**
**Page 2**
**RE: Hryhorenko, Maria A.**

OFFENSE: Theft of Government Property, a Misdemeanor (Count 1).

SENTENCE: Twelve (12) months probation, $100 fine, and $25 special assessment.

SPECIAL CONDITIONS:

1. Defendant is directed to participate in a theft prevention seminar, to be paid for at their own expense, as directed by the Probation Office.
2. The defendant shall maintain, and/or seek verifiable employment.
3. The defendant shall complete 50 hours of community service.
4. The defendant shall participate in alcohol and substance abuse testing and treatment as directed by the Probation Officer.

ADJUSTMENT TO SUPERVISION:

Ms. Hryhorenko's term of probation began on April 17, 2018, following sentencing, and her conditions of supervision were reviewed in detail on the same day. At the conclusion of her initial office visit, Hryhorenko and this officer signed her Conditions of Supervision sheet, which noted understanding of her supervision obligations and willingness to fully comply. However, since that time, Hryhorenko's overall level of compliance can best be described as marginal to poor.

While Hryhorenko has not sustained any new arrests for criminal conduct and has maintained verifiable employment, she has consistently tested positive for illegal and/or controlled substances (including her initial urine sample on April 17, 2018). On May 17, Hryhorenko received a substance abuse evaluation at The Counseling Center, LLC, in Norfolk, Virginia, with a subsequent recommendation that she attend 26 weeks of outpatient substance abuse education classes. Hryhorenko began group sessions on June 19, 2018. Due to continued use of illegal and/or controlled substances, Hryhorenko's treatment plan was amended to include individual counseling. This officer notes that Hryhorenko was not proactive in scheduling her initial start date with The Counseling Center and failed to report for two sessions.

Additionally, Hryhorenko has not taken any steps to begin her 50 hours of Court ordered community service despite having been instructed to do so.

In summary, Hryhorenko's level of commitment and motivation to abstain from abuse of illegal and/or controlled substances is poor, and given the severity of her addiction, she (at a minimum) poses a serious risk to herself. Despite having been consistently encouraged to enter inpatient treatment (which she initially declined but now has verbalized her intention to do) Hryhorenko has not taken the necessary steps, nor acted with the necessary urgency, to corral her very serious addiction to opioid drugs. It appears that Hryhorenko is firmly in a contemplative stage of change. She has emphatically stated that she does not want to go to jail but has not made commitments towards making a change.

**Petition on Probation**
**Page 3**
**RE: Hryhorenko, Maria A.**

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION:   FAILURE TO SATISFACTORILY PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM.

Maria A. Hryhorenko failed to attend an outpatient substance abuse treatment group on July 24, 2018, and August 14, 2018.

CONDITION 7:   POSSESSION OF HEROIN, FENTANYL, OPIATES, METHADONE, AND OXYCODONE.

Maria A. Hryhorenko submitted a urine specimen on six (6) separate occasions and each sample tested positive for an illegal and/or controlled substance:

| DATE | HEROIN | FENTANYL | OPIATES | METHADONE | OXYCODONE |
|---|---|---|---|---|---|
| August 29, 2018 | Positive | Positive | Positive | Positive | |
| August 14, 2018 | Positive | | Positive | Positive | |
| August 3, 2018 | Positive | Positive | Positive | | Positive |
| June 26, 2018 | | | Positive | | |
| June 19, 2018 | | | Positive | | |
| April 24, 2018 | Positive | | Positive | | |

EL/jmh